NATIONAL DISTILLERS PRODUCTS CORPORATION, Respondent, v. ABRAM I.

Cases Reported with Brief Syllabi. **827**

App. Div.]    First Department, May, 1926.

KAPLAN and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.